IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISON

DAVID ERWIN                                                                                  PLAINTIFF

V.                          CASE NO:    3:18-cv-73-DPM

CITY OF PARAGOULD, ARKANSAS;
JOHN DOES 1-3, OFFICERS, Paragould Police
Department, in their Individual and Official
Capacities; and Billy McGraw, Arkansas
State Patrol Officer, in his Individual
And Official Capacity                                                                  DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Comes now before the Court, the Plaintiff and Defendants, City of Paragould, Paragould Police Department, and any of their Officers or Agents, and upon Motion of the Plaintiff, David Erwin, requests and presents to the court an Agreed Order Dismissing WITH PREJUDICE under Federal Rules of Civil Procedure, Rule 41, as to any claim, counterclaim, third party claims, causes of action, or other that the Plaintiff would have against Defendants, City of Paragould, Paragould Police Department and Officers referenced as John Does 1-3.   Plaintiff acknowledges that he has received fair and adequate consideration in exchange for this Agreed Order.

DATED this __28th__ day of __June__, 2018.

_____
Honorable D. P Marshall Jr.
United State District Judge

*Approved and Prepared by:*
_____
Branch Thompson Warmath & Dale P.A.
Kimberly Dale - City Attorneys and Deputy Prosecuting Attorneys
Attorneys for Plaintiff, City of Paragould and Paragould Police Department and officers
414 West Court Street
Paragould AR  72450

*Approved as to Form and Content by:*

_____
David Erwin – Plaintiff
Pro Se