IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID ERWIN                                                                          PLAINTIFF

v.                              No. 3:18-cv-73-DPM

CITY OF PARAGOULD, ARKANSAS;
JOHN DOES 1–3, Officers, Paragould Police
Department, in their Individual and Official
Capacities; and BILLY McGRAW,
Arkansas State Patrol Officer, in his
Individual and Official Capacity                                                  DEFENDANTS

## JUDGMENT

Erwin's claims against the City of Paragould and any of its police officers are dismissed with prejudice. His claims against Billy McGraw are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 June 2018