IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID ERWIN                                                    PLAINTIFF

v.                         No. 3:18-cv-73-DPM

JOHN DOE 4, Deputy, Greene
County Sheriff's Department                                    DEFENDANT

## ORDER

Erwin has identified Greene County Deputy Sheriff Anthony Gaines as John Doe 4. № 13. He has not provided an address for service. The Court directs the clerk to update the docket. The Court also directs the Clerk to issues summons to Gaines. The United States Marshal must serve the summons and complaint on Gaines without charge at 1809 North Rockingchair Road, Paragould, Arkansas 72450. The Marshal must also provide Gaines with a copy of Erwin's motion for reconsideration, № 11, and his most recent notice, № 13.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 August 2018