# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DAVID ERWIN**                                                                  PLAINTIFF

v.                             No. 3:18-cv-73-DPM

**JOHN DOES, Officers 1-3; and
ANTHONY GAINES, Deputy
Sheriff, Greene County, Arkansas**                                    DEFENDANTS

## ORDER

Erwin's motion to appoint counsel, № 25, is denied without prejudice. Erwin has adequately represented himself thus far. And the law and facts aren't so complex here as to warrant appointing counsel at this stage. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996). To the extent Erwin wants the Court's help in getting documents, that request is denied without prejudice. Erwin must first seek documents from Gaines, pursuant to the Rules of Civil Procedure, № 15 at 2.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 November 2018