# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DAVID ERWIN                                                PLAINTIFF

v.                         No. 3:18-cv-73-DPM

JOHN DOES, Officers 1-3; and
ANTHONY GAINES, Deputy
Sheriff, Greene County, Arkansas                           DEFENDANTS

## ORDER

Erwin's motion to appoint counsel, № 31, is denied without prejudice. The Court still believes that Erwin has adequately represented himself in this case. And if Erwin is still having trouble getting documents from the Defendants, he must follow the procedure set out in the Final Scheduling Order, № 21 at 3. If this case needs a trial, the Court will appoint a lawyer to represent Erwin.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 May 2019