IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID ERWIN                                                                PLAINTIFF

v.                              No. 3:18-cv-73-DPM

CITY OF PARAGOULD, ARKANSAS;
BILLY MCGRAW, State Patrol Officer;
ARKANSAS STATE POLICE;
JOHN DOES, Officers 1-3; and
ANTHONY GANUS, Deputy
Sheriff, Greene County, Arkansas                              DEFENDANTS

## JUDGMENT

**1.** Erwin's claims against Anthony Ganus, the City of Paragould, and its police officers are dismissed with prejudice.

**2.** Erwin's claims against Billy McGraw and John Does 1-3 are dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

19 August 2019