# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DAVID ERWIN                                                                 PLAINTIFF

v.                           No. 3:18-cv-73-DPM

JOHN DOES, Officers 1–3; and
ANTHONY GANUS, Deputy
Sheriff, Greene County, Arkansas                                   DEFENDANTS

## ORDER

Erwin's motion to reconsider, № 42, is denied. The Court stands by its 19 August 2019 Order and Judgment. № 40 & 41.

The Court also construes № 42 as a motion for leave to proceed *in forma pauperis* on appeal, which is granted. FED. R. APP. P. 24(a)(3). The Court directs the Clerk to docket № 42 as a notice of appeal.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 October 2019